Submitted July 20, affirmed August 18, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRIAN THOMAS CHANDLER,
*Defendant-Appellant.*

Lane County Circuit Court
15CR21006; A171808

493 P3d 577

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joel Duran, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Sercombe, Senior Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021); *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).